UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br>4000 Warner Blvd.<br>Burbank, CA 91505,<br><br>        Plaintiff,<br><br>v.<br><br>JESSIE HARDEN,<br><br>        Defendant. | Civil Action No.: 1:06-cv-00287-GK |

**NOTICE OF PLAINTIFF'S ADDRESS**

Plaintiff Time Warner hereby provides its official address information as 4000 Warner Blvd., Burbank, CA 91505.

Respectfully submitted,

Dated: March 14, 2006

                                                _____/s/_____
                                                Christopher A. Mohr (D.C. Bar No. 458599)
                                                Michael R. Klipper (D.C. Bar No. 166074)
                                                MEYER, KLIPPER & MOHR, PLLC
                                                923 Fifteenth Street, N.W.
                                                Washington, DC 20005
                                                Tel.: (202) 637-0850
                                                Fax: (202) 637-0851

                                                Stanley M. Brand (D.C. Bar No. 213082)
                                                Ross A. Nabatoff (D.C. Bar No. 376665)
                                                Andrew D. Herman (D.C. Bar No. 462334)
                                                Brand Law Group
                                                923 Fifteenth Street, N.W.
                                                Washington, DC 20005
                                                Tel. (202) 662-9700

Fax (202) 737-7565
Alexandra N. DeNeve (*pro hac vice* pending)
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037
Telephone:  (212) 407-4000
Facsimile:  (212) 407-4990

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of this Notice of Plaintiff's Address was sent via First Class Mail to Jessie Harden, 2845 Denver Street SE, Apartment T4, Washington DC, 20020 this 14th Day of March, 2006.

                                                  _____/s/_____
                                                  Christopher A. Mohr (D.C. Bar No. 458599)
                                                  Michael R. Klipper (D.C. Bar No. 166074)
                                                  MEYER, KLIPPER & MOHR, PLLC
                                                  923 Fifteenth Street, N.W.
                                                  Washington, DC 20005
                                                  Tel.: (202) 637-0850
                                                  Fax: (202) 637-0851