UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER BROS. ENTERTAINMENT INC., a
Delaware corporation,

        Plaintiff,

v.

JESSIE HARDEN,

        Defendant.

Civil Action No.: 1:06-cv-00287-ESH

### REQUEST TO ENTER DEFAULT

Plaintiff hereby requests that the Clerk enter default in this matter against Jessie Harden ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Alexandra N. DeNeve in Support of Request to Enter Default, ¶ 6.)

Plaintiff served the Summons and Complaint on Defendant on February 25, 2006, as evidenced by the proof of service on file with this Court. (Id., ¶ 2.) Plaintiff then sent Defendant a letter urging Defendant to file a response and advising Defendant that Plaintiff intended to seek a default judgment. (Id., ¶ 4.) Neither Plaintiff nor the Court have granted Defendant any extensions of time to respond to the Complaint. (Id., ¶ 5.) Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record. (Id., ¶ 6.) Plaintiff has no reason to believe that Defendant is an

infant or incompetent person. (Id., ¶ 7.) Plaintiff has no reason to believe that Defendant is in the military service. (Id., ¶ 8.)

Dated: 4/11/06

Respectfully submitted,

/s/ Christopher A. Mohr

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

Alexandra N. DeNeve (*pro hac vice* pending)
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

*Attorneys for Plaintiff*

2