Case 1:06-cv-00287-GK     Document 4     Filed 04/06/2006     Page 1 of 2

# United States District Court
### DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL CASE

WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,

CASE NUMBER: 1:06CV00287

V.

JUDGE: Ellen Segal Huvelle

JESSIE HARDEN

DECK TYPE: General Civil

TO:

DATE STAMP: 02/16/2006

JESSIE HARDEN
2845 Denver Street SE
Apartment T4
Washington, DC 20020

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376445)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
Meyer, Klipper & Mohr, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     FEB 16 2006
CLERK                          DATE

(By) DEPUTY CLERK

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 02-25-06 at 9:34 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ambika Culas | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2845 Denver Street, SE, Apartment 74, Washington, DC 20020.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-27-06
              Date                Signature of Server  Capital Process Services, Inc.
                                  1827 18th Street, NW
                                  Washington, DC 20009
                                  (202) 667-0050
                                  Address of Server

* Notice, Exhibit A, Disclosure of Corporate Affiliations and Financial Interests and Initial Electronic Case Filing Order