UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,

    Plaintiff,

v.

JESSIE HARDEN,

    Defendant.

Civil Action No.: 1:06-cv-00287-ESH

### DEFAULT BY CLERK

It appearing from the records in this action that the Summons has been served upon Defendant Jessie Harden, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Jessie Harden has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendant Jessie Harden hereby is entered.

DATED: _____    By:_____
                                                                  Deputy Clerk