UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>JESSIE HARDEN,<br><br>              Defendant. | Civil Action No.: 1:06-cv-00287-ESH |

**REQUEST TO ENTER DEFAULT**

Plaintiff hereby requests that the Clerk enter default in this matter against Jessie Harden ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Alexandra N. DeNeve in Support of Request to Enter Default, ¶ 6.)

Plaintiff served the Summons and Complaint on Defendant on February 25, 2006, as evidenced by the proof of service on file with this Court. (Id., ¶ 2.) Plaintiff then sent Defendant a letter urging Defendant to file a response and advising Defendant that Plaintiff intended to seek a default judgment. (Id., ¶ 4.) Neither Plaintiff nor the Court have granted Defendant any extensions of time to respond to the Complaint. (Id., ¶ 5.) Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record. (Id., ¶ 6.) Plaintiff has no reason to believe that Defendant is an

infant or incompetent person. (Id., ¶ 7.) Plaintiff has no reason to believe that Defendant is in the military service. (Id., ¶ 8.)

                                            Respectfully submitted,

Dated: January 3, 2007                            _____/s/_____

                                            Christopher A. Mohr (D.C. Bar No. 458599)
                                            MEYER, KLIPPER & MOHR, PLLC
                                            923 Fifteenth Street, N.W.
                                            Washington, DC 20005
                                            Tel.: (202) 637-0850
                                            Fax: (202) 637-0851

                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>JESSIE HARDEN,<br><br>             Defendant. | Civil Action No.:  1:06-cv-00287-ESH |

## **DEFAULT BY CLERK**

It appearing from the records in this action that the Summons has been served upon Defendant Jessie Harden, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Jessie Harden has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of Defendant Jessie Harden hereby is entered.

DATED: _____                     By: _____
                                                                                  Deputy Clerk