UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESSIE HARDEN,<br><br>　　　　　Defendant. | Civil Action No.: 1:06-cv-00287-ESH |

## DECLARATION OF ALEXANDRA N. DENEVE IN SUPPORT OF REQUEST TO ENTER DEFAULT

I, ALEXANDRA N. DENEVE, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of New York. I am an associate with the law firm of Loeb & Loeb LLP, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On February 16, 2006, Plaintiff filed the Complaint in this case against Jessie Harden ("Defendant"). Attached hereto as Exhibit "1" is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on February 25, 2006.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. On March 20, 2006, Plaintiff sent Defendant a letter urging Defendant to file a response and advising Defendant that Plaintiff intended to seek a default judgment.

5. Defendant has not been granted any extension of time to respond to the Complaint.

6. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

7. I have no reason to believe that Defendant is an infant or incompetent person.

8. I have no reason to believe that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Dec. 18, 2000, at New York, New York.

Alexandra N. DeNeve