Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WARNER BROS. ENTERTAINMENT, INC.**

Plaintiff(s)

v.

Civil Action No. 06-287 (GK)

**JESSIE HARDEN**

Defendant(s)

RE: JESSIE HARDEN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 25, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of April, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk