UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER BROS. ENTERTAINMENT INC., a
Delaware corporation,

                Plaintiff,

v.

JESSIE HARDEN,

                Defendant.

Civil Action No.:  1:06-cv-00287-ESH

## DECLARATION OF ELIZABETH HARDWICK IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

I, ELIZABETH HARDWICK, declare:

1.      I am Product Manager, Data Services for the MediaSentry business unit of SafeNet, Inc. ("MediaSentry"), where I have been employed for over three years. MediaSentry is a leading provider of online anti-piracy services for the motion picture, music, game and business software, and print publishing sectors.

2.      I submit this declaration in support of Plaintiff's Application for Entry of Default Judgment.  This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

3.      MediaSentry was hired by Plaintiff to monitor and identify copyright infringement of specified motion pictures on peer–to–peer ("P2P") networks.

4.      Plaintiff provided us with a list of copyrighted motion pictures it believed were being offered for distribution on P2P networks.  Under the direct supervision of Loeb & Loeb LLP, we engaged in a specific process utilizing specially designed software and other technology to identify direct infringers of these motion pictures on P2P networks.

5.    Once we identified files which lexically matched those on Plaintiff's list, and which were being offered by Defendant for download by others, we obtained Defendant's Internet Protocol ("IP") address. The address being used by Defendant on July 13, 2005 at 16:10 EDT was 138.88.220.59. We then downloaded one of those files, *Constantine*.

6.    A shared directory, which is a functionality built into the software of many P2P networks, including the one used by Defendant, is a complete listing of all files—motion picture, music, or otherwise—which the user is offering to others for download. In this case, Defendant's shared directory, screenshots of which are attached as Exhibit "1" hereto, indicates that, at the time of infringement, Defendant was offering many more motion picture titles than we were able to download, including but not limited to *Team America: World Police, Saw, Hitch, Robots, Man of the House, Boogeyman, Batman Begins* and *Are We There Yet?*.

7.    Although Defendant was offering more than one file lexically matching those on Plaintiffs' list, we did not download each of them. This is because motion picture files are typically quite large in size. Although it takes several hours (typically, at least two) to download a motion picture in full, a music file for a single song, for example, will typically be downloaded in a small fraction of that time. As a consequence of this size, transmission of motion picture files is time-consuming, even with broadband technology and high-speed Internet connections. During this transmission period, a user may go off-line (i.e., turn off his or her computer or log out of the P2P application), or the connection permitting transmission of the infringing files from the user's computer to MediaSentry's computer may be otherwise disrupted.

8.    In addition to the downloaded file, we downloaded or otherwise collected publicly available information about Defendant so that he could be later identified by his Internet

2

Service Provider ("ISP"). Based on this data, we created evidence logs related to Defendant and stored these logs in a central database. These logs identified Defendant's IP address.

9.    An IP address is a unique numerical identifier that is automatically assigned to a user by his or her ISP each time he or she logs on to the network. Because ISPs are assigned certain blocks or ranges of IP addresses, we were able to identify Verizon Internet Services, Inc. as Defendant's ISP.

10.    ISPs keep track of the IP addresses assigned to their subscribers in "user logs." These user logs provide the most accurate means to connect an infringer's identity to its infringing activity. Accordingly, once provided with the IP address, plus the date and time of the infringing activity, an ISP quickly and easily can use its subscriber logs to identify the name and address of the ISP subscriber who was assigned that IP address at that date and time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of  August 2007 , at  Belcamp, MD  .

_____/s/_____
Elizabeth Hardwick

# Exhibit 1

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater || Search | Traffic | Shop | Tell A Friend

Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | SCARFACE FREESTYLE.mp3 | Mike Jones | 5,298KB | Audio |
| anonymous_user@KaZaA | kazaa300_en (1).exe | Sharman Networks Ltd | 10,785KB | Software |
| anonymous_user@KaZaA | scarface - Mr.scarface is back.mp3 | Scarface | 5,543KB | Audio |
| anonymous_user@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| anonymous_user@KaZaA | eula.pdf | McAfee Security | 71KB | Document |
| anonymous_user@KaZaA | are-we-there-yet_.avi full.partial.avi | Unknown | 712,199KB | Video |
| anonymous_user@KaZaA | mocha-01[2].mpeg | PORN) | 5,454KB | Video |
| anonymous_user@KaZaA | A Change Is Gonna Come.mp3 | Al Green | 5,021KB | Audio |
| anonymous_user@KaZaA | Adult Movies - Wifey - Sex.mpg.wmv | hard core | 4,573KB | Video |
| anonymous_user@KaZaA | Mint Condition - Pretty Brown Eyes.mp3 | Mint Condition | 5,576KB | Audio |
| anonymous_user@KaZaA | Hyde and Gackt - Take Movies in Taiwan.mpg | Unknown | 11,372KB | Video |
| anonymous_user@KaZaA | Tera Patrick-Blowjob facial.mpg | Porn | 4,633KB | Video |
| anonymous_user@KaZaA | redhead forced to fuck and suck_1.mpg | Porn | 15,355KB | Video |
| anonymous_user@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Animal Porn - Dog Fucking a Peeing Woman.wmv | Unknown | 1,364KB | Video |
| anonymous_user@KaZaA | Funny pictures_movies_screensavers.jpg | Unknown | 23KB | Image |
| anonymous_user@KaZaA | kmd211_en.exe | Sharman Networks Ltd | 4,036KB | Software |
| anonymous_user@KaZaA | Teen_2.mpg.wmv | Adult | 2,451KB | Video |
| anonymous_user@KaZaA | ANAL LATINO_CUM DRINKER (1).mpg.wmv | Porn | 2,451KB | Video |
| anonymous_user@KaZaA | bibleblack-2-ab (1).wmv | Anime porn | 18,354KB | Video |
| anonymous_user@KaZaA | Mint Condition-Breakin My Heart.mp3 | Mint Condition | 4,508KB | Audio |
| anonymous_user@KaZaA | mint.condition - old-school-slow jams.mp3 | Mint Condition | 5,576KB | Audio |
| anonymous_user@KaZaA | Get Lifted I Can change (1).mp3 | John Legend | 2,735KB | Audio |
| anonymous_user@KaZaA | HiFive - I Cant wait another minute.mp3 | Hi Five | 3,895KB | Audio |
| anonymous_user@KaZaA | Gang Star - Moment of Truth.mp3 | Gangstarr | 4,868KB | Audio |
| anonymous_user@KaZaA | Bob Mould - Wishing Well.mp3 | Terence Trent Darby | 5,107KB | Audio |
| anonymous_user@KaZaA | Mary J. Blige - Everything.mp3 | Mary J Blige | 4,680KB | Audio |
| anonymous_user@KaZaA | Mary J. Blige - It's a Wrap.wma | Mary J. Blige | 2,206KB | Audio |

Found 175 files

2,653,207 users online  sharing 508,400,969 files (42,041,944 GB)    Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Mary J. Blidge - It's a Wrap.wma | Mary J. Blige | 2,206KB | Audio |
| anonymous_user@KaZaA | Al Green - L-O-V-E.mp3 | Al Green | 2,964KB | Audio |
| anonymous_user@KaZaA | Humpty Dance - Digital Underground.mp3 | Public Enemy | 4,371KB | Audio |
| anonymous_user@KaZaA | Petey Pablo - Raise Up(All Cities Remix Dirty).mp3 | Petey Pablo | 4,330KB | Audio |
| anonymous_user@KaZaA | Today - Him Or Me.mp3 | Today | 4,074KB | Audio |
| anonymous_user@KaZaA | Audio - Folk.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | Audio - Funk.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | Audio |
| anonymous_user@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | Audio - RB.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | SkypeSetup.exe | Skype Software S.A. | 6,550KB | Software |
| anonymous_user@KaZaA | Jay-Z - Excuse Me Miss 1.mp3 | Jay-Z | 5,354KB | Audio |
| anonymous_user@KaZaA | Jay - Z feat.wma | Jay-Z ft. pharel | 2,224KB | Audio |
| anonymous_user@KaZaA | Wyclef Jean - 911.mp3 | Wyclef Jean - Mary J. Bli... | 3,906KB | Audio |
| anonymous_user@KaZaA | PCDJ Mixing Software.exe | Unknown | 14,424KB | Software |
| anonymous_user@KaZaA | Ann Nesby - Al Green - Put It On Paper.mp3 | Ann Nesby feat. Al Green | 5,585KB | Audio |
| anonymous_user@KaZaA | Gerald Levert - Just Goolin.mp3 | Various Artists | 4,133KB | Audio |
| anonymous_user@KaZaA | Will Smith - Parents Just Dont Understand.mp3 | Fresh Prince | 2,190KB | Audio |
| anonymous_user@KaZaA | Porno - XXX - Pure Sex Movies - Leanna Heart13.mpeg | Porn | 3,671KB | Video |
| anonymous_user@KaZaA | Xxx-Hot Black.mpg | blackgirlsonline.com | 7,678KB | Video |
| anonymous_user@KaZaA | heather_300.wmv | Beastiality | 94,756KB | Video |
| anonymous_user@KaZaA | sierra.mpg | Porn | 62,988KB | Video |
| anonymous_user@KaZaA | Jay-z-99 problems.WMA | Jay-Z | 3,745KB | Video |
| anonymous_user@KaZaA | Porno_Sexo Brasil 7.mpg | movies | 20,862KB | Video |
| anonymous_user@kazaA | mature swinger (3).mpg | Porn | 28,490KB | Video |
| anonymous_user@kaza4 | small dvd rip black cheerleader 33.mpg | India | 20,227KB | Video |
| anonymous_user@kaza4 | 22.asf | Porn | 16,872KB | Video |

Kazaa - [Search]

File, View, Player, Tools, Actions, Help

Web | My Kazaa | Theater | Download | New Search

Search | Traffic | Shop | Tell A Friend

| User | Filename | Artist | Size | MediaType | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 22.asf | Porn | 16,872KB | Video | |
| anonymous_user@KaZaA | Adult movies - Norwegian Amateurs 3.mpg | lesbians | 74,792KB | Video | |
| anonymous_user@KaZaA | Video - Animal.Porn - Horse Fuck Wife Full Movie (2).mpg | Porno | 1,260KB | Video | |
| anonymous_user@KaZaA | hector 73.mpg | 16 | 2,864KB | Video | Animal Co... |
| anonymous_user@KaZaA | gross - XXX - Dog Cum.mpeg | Animal Porn | 12,668KB | Video | |
| anonymous_user@KaZaA | dog fuck woman hard and cums in her cunt (1) (1).mpeg | Animal Porn | 3,458KB | Video | Animal Dog - Bonded Fe... |
| anonymous_user@KaZaA | Girl Fuckin A Horse (Nasty_Shit).mpg | ANIMAL PORN | 5,183KB | Video | |
| anonymous_user@KaZaA | hot girl cow body paint.jpg | Animal porn | 57KB | Image | ..zoo-bes... |
| anonymous_user@KaZaA | Animal sex dog anal.mpg | Beastiality | 16,061KB | Video | ki... |
| anonymous_user@KaZaA | zoo-oslo3.mpeg | Animal Porn | 1,908KB | Video | |
| anonymous_user@KaZaA | girls porn - scarlett big ebony butt.avi | trina | 1,778KB | Video | |
| anonymous_user@KaZaA | tatiana - 300 (1) i.wmv | Beastiality | 36,681KB | Video | XXX The Biggest Booty... |
| anonymous_user@KaZaA | animal orgy w horses.mpg | PORN | 11,078KB | Video | |
| anonymous_user@KaZaA | Beastiality Dog fuck blond n cum many times.mpg | Porn | 29,302KB | Video | |
| anonymous_user@KaZaA | Horse huge load cum.mpg | PORN | 13,570KB | Video | |
| anonymous_user@KaZaA | Big Tits Black Bra Sex (1:51 Min).mpg | PORN!!! | 16,998KB | Video | fucking a grade 11 st... |
| anonymous_user@KaZaA | Dog sex Beastiality (animal sex) Amy gets dogged by dog 5... | Animal Porn | 28,366KB | Video | Amy gets dog |
| anonymous_user@KaZaA | Petra sucks horse (cumshot).wmv | Porn | 56,396KB | Video | horse... |
| anonymous_user@KaZaA | kinky sex scene.mpg | Porn | 60,820KB | Video | SuperHigh |
| anonymous_user@KaZaA | PORNO = Good DVD Quality Porn.mpg | erotica | 38,128KB | Video | Rape - Hong... |
| anonymous_user@KaZaA | Japan AV - Rough Sex.mpg | Vandal_Team | 50,777KB | Video | Black |
| anonymous_user@KaZaA | Squirt - Black hairy pussy (1).mpg | PORN | 718KB | Video | Exploited... |
| anonymous_user@KaZaA | Sex - chinese style.mpg | Movies | 16,534KB | Video | UFO nex... |
| anonymous_user@KaZaA | UFO at the twin towers.mpeg | NASA | 1,587KB | Video | [TMD]Resident.Evil.Apocalypse |
| anonymous_user@KaZaA | [TMD]Resident.Evil.Apocalypse.(POT).CAM.(1of2).avi | [TMD MOVIES] | 213,810KB | Video | [TMD]Resident.Evil.Apocalypse |
| anonymous_user@KaZaA | pink.Panther - The pink package plot.mpg | pink panther | 59,824KB | Video | Pink Panther - Thi... |
| anonymous_user@KaZaA | Project-X DIVx FILM.avi | Erotica | 47,942KB | Video | [TMD]Resident.Evil.Apocalypse |
| anonymous_user@KaZaA | [TMD]Resident.Evil.Apocalypse.(POT).CAM.(2of2).avi | [TMD MOVIES] | 214,294KB | Video | girl in... |
| anonymous_user@KaZaA | Pamela Anderson weird russian anal sex dinner.mpg.wmv | fuckit | 5,069KB | Video | |

Found 125 files          2,653,207 users online sharing 508,400,969 files (4,420,193,82,GB)    Not sharing any files

Kazaa - [Search]

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Files View | Player | Tools | Actions | Help

New Search | Search Field

| User | Filename | Artist | Size | MediaType? | |
|---|---|---|---|---|---|
| anonymous_user@kaZaA | Pamela Anderson wierd russian anal sex dinner.mpg.wmv | fuchit | 5,069KB | Video | girl in... |
| anonymous_user@kaZaA | Wifey Black Coat Swallow.mpg | Porn | 7,813KB | Video | Wil... |
| anonymous_user@kaZaA | porn woman with black dog.mpg | www.kristy.com | 2,917KB | Video | |
| anonymous_user@kaZaA | (PORN) snoop dogg - doggystyle.MPG | Trina | 16,487KB | Video | black lab Fucks Woman Doggy Styl... |
| anonymous_user@kaZaA | big_butt_black_girls (1)(1).MPG | Miss Thickness | 16,487KB | Video | Thi... |
| anonymous_user@kaZaA | Bible_black_1of4_UNCENSORED_plz_share.wmv | hell | 18,594KB | Video | Bible Bl... |
| anonymous_user@kaZaA | Obsession.mpg | Keygreazy!t | 6,846KB | Video | Bible Bl... |
| anonymous_user@kaZaA | Black Asian teen Nymphet Beauty - Coco.WMV | PORN | 20,609KB | Video | |
| anonymous_user@kaZaA | BBW_.asf | Black | 26,286KB | Video | |
| anonymous_user@kaZaA | Mature-Fucking the fat black arse.wmv | Porno | 13,111KB | Video | |
| anonymous_user@kaZaA | Hitch (2of2).avi | www.iwannadownload.c... | 173,098KB | Video | |
| anonymous_user@kaZaA | Unknown Teen - two big dicks-3.mpg | Porn | 10,233KB | Video | Dirt... |
| anonymous_user@kaZaA | Jeff Healy Band - Hoochie Coochie Man.mp3 | Jeff Healey Band | 4,918KB | Audio | HC... |
| anonymous_user@kaZaA | Porn- Huge Black Cock Asian Girl.mpg | Obsession | 35,331KB | Video | obsession fla |
| anonymous_user@kaZaA | xXx Bible Black 3.WMV | Anime | 3,991KB | Video | |
| anonymous_user@kaZaA | Teenage black hoe gets fucked all over.mpg | Booty Talk | 37,130KB | Video | Org... |
| anonymous_user@kaZaA | Five.avi | Tracy Lords | 68,306KB | Video | |
| anonymous_user@kaZaA | xxx_files.mpg | Private Video | 131,288KB | Video | |
| anonymous_user@kaZaA | Brianna Banks Shayla and Lexington Steele Great Scene 1... | Blacks On Blondes | 49,817KB | Video | Blondes Fucke |
| anonymous_user@kaZaA | John Legend - Ordinary People.mp3 | John Legend | 6,607KB | Audio | ordim... |
| anonymous_user@kaZaA | Porn - movies_erotica_nymph-dvd-divx.avi | Chasey Lain | 130,584KB | Video | 4 Guys for... |
| anonymous_user@kaZaA | Gangbanged by Big Black Cocks (1).mpg | Behind Closed Doors | 2,748KB | Video | |
| anonymous_user@kaZaA | Porn - Ghetto girl big black dick anal.mpg | Porn | 54,098KB | Video | |
| anonymous_user@kaZaA | Porn.mpg | Porn | 499,524KB | Video | |
| anonymous_user@kaZaA | black_bad_girls_13_scene_1_crec.avi | Porn | 190,660KB | Video | black_bad_girls |
| anonymous_user@kaZaA | private.avi | movies | 79,264KB | Video | naughty_nurse |
| anonymous_user@kaZaA | Gillian Anderson2.jpg | Sexy Celebrities | 27KB | Image | |
| anonymous_user@kazaA | Gang star-skillz.mp3 | Gangstarr | 4,536KB | Audio | |
| anonymous_user@kaZaA | Petey Pablo - Freek A Leek (1).mp3 | pete pablo | 3,622KB | Audio | |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop

New Search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Petey Pablo - Freek A Leek (1).mp3 | pete pablo | 3,622kB | Audio |
| anonymous_user@KaZaA | 01 (9).jpg | Gillian Anderson | 48kB | Image |
| anonymous_user@KaZaA | B.G.-The Second Line.mp3 | B.G. aka B.Gizzle | 4,209kB | Audio |
| anonymous_user@KaZaA | Rocco - Interracial East Indian.avi | Amateur | 17,344kB | Video |
| anonymous_user@KaZaA | nacho vidal .wmv | Porno | 18,095kB | Video |
| anonymous_user@KaZaA | 05-geto_boys-when_it_gets_gangsta-c4.1.mp3 | Geto Boys | 5,972kB | Audio |
| anonymous_user@KaZaA | 06-geto_boys-i_tried-c4.1.mp3 | Geto Boys | 6,228kB | Audio |
| anonymous_user@KaZaA | dsd.MPEG. | animal porn | 95,480kB | Video |
| anonymous_user@KaZaA | Out Of Time (2003) DVD Screener XviD.avi | Metro Goldwyn Majer | 714,190kB | Video |
| anonymous_user@KaZaA | Lissa.mpg | animal | 46,618kB | Video |
| anonymous_user@KaZaA | LYFE Must be Nice Lyfe.1.mp3 | LYFE | 1,942kB | Audio |
| anonymous_user@KaZaA | LYFE - Must be Nice.mp3 | LYFE | 4,081kB | Audio |
| anonymous_user@KaZaA | Lyfe 268-192 - Lyfe Jennings -10 - Stick Up Kid.mp3 | Lyfe Jennings | 4,709kB | Audio |
| anonymous_user@KaZaA | Jet Li - Twin Warriors (Dvd Divx).avi | NEW!!!! | 644,420kB | Video |
| anonymous_user@KaZaA | 6 I can't.mp3 | Lyfe Jennings | 3,280kB | Audio |
| 2 Users | Bible Black 12.wmv | Bible Black | 18,786kB | Video |
| anonymous_user@KaZaA | digital underground - humpty dance (1).mp3 | Digital Underground | 6,171kB | Audio |
| anonymous_user@KaZaA | Barley.Legal Teens.5 [XXX] [DVD-Divx].avi | [TMD MOVIES] | 417,303kB | Video |
| anonymous_user@KaZaA | STEPHEN KING'S - THE BOOGEYMAN.avi | Stephen King | 683,438kB | Video |
| anonymous_user@KaZaA | Ciara ft. Petey Pablo - Goodies.mp3 | Ciara | 6,138kB | Audio |
| anonymous_user@KaZaA | Ciara ft. T.I., Petey Pablo-My Goodies(remix) 1.mp3 | Ciara ft. T.I. Petey Pablo | 4,673kB | Audio |
| anonymous_user@KaZaA | DvD-Team America.World.Police.[2004].(divx).(WWW.URI... | www.URI-MOVIES.TK | 724,194kB | Video |
| anonymous_user@KaZaA | freaky-black-girls-luv-monster-cocks.mpg | freaks-of-nature | 7,174kB | Video |
| anonymous_user@KaZaA | Predator (1).avi | Movies | 686,233kB | Video |
| anonymous_user@KaZaA | redheaded german threesome whant movies icq me at 131... | Porn | 86,896kB | Video |
| anonymous_user@KaZaA | (Hardcore) - Animal Farm - Horse Fuck.- Top Penetration 0... | Porno | 72,876kB | Video |
| anonymous_user@KaZaA | What Kind of a Man.mp3 | Mint Condition | 4,123kB | Audio |
| anonymous_user@KaZaA | vivid hardcore dvd divx.mpeg | Porno | 104,103kB | Video |
| anonymous_user@KaZaA | MOVIES - [TMD] Hitch (1of2).avi | www.iwannadownload.c... | 174,452kB | Video |

gillian anderson (x...
Threesome
Wh
Tai C...
Ciara ft. Pet...
Team A...
Pred...
Young, Shaved
Little Sinderella (hard...
ancient...

Found 125 files | 2,653,207 users online sharing 508,400,969 files (42,043,844 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   NewsSearch   MyKazaa   Download   Theater   Search   Traffic   Shop   Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@kazaA | MOVIES - [TMD] Hitch (1of2).avi | www.iwannadownload.c... | 174,452KB | Video |
| anonymous_user@kazaA | yjyz1 - vcd_porn-2-2 - Good Quality.mpg | Porno | 92,798KB | Video |
| anonymous_user@kazaA | Beastiality Animal - Snake sex 28m.mpg | Porno | 179,406KB | Video |
| anonymous_user@kazaA | [TMD]saw (MOVIE) Cam. (1of2).avi | www.iwannadownload.c... | 198,970KB | Video |
| anonymous_user@kazaA | 12_GANGSTA_LEAN_WCR.MP3 | Clipse | 5,011KB | Audio |
| anonymous_user@kazaA | Password List (5).doc | Nicholas Linnear | 41KB | Document |
| anonymous_user@kazaA | Constantine (1of2).avi | www.iwannadownload.c... | 191,006KB | Video |
| anonymous_user@kazaA | Robots-Ts-Oracle.2of2.avi | www.iwannadownload.c... | 106,222KB | Video |
| anonymous_user@kazaA | [TMD]Saw (MOVIE) Cam.(2of2).avi | www.iwannadownload.c... | 208,274KB | Video |
| anonymous_user@kazaA | Constantine (2of2).avi | www.iwannadownload.c... | 210,660KB | Video |
| anonymous_user@kazaA | Robots 1of2.avi | www.iwannadownload.c... | 96,662KB | Video |
| anonymous_user@kazaA | man of the house (2of2).avi | www.iwannadownload.c... | 203,294KB | Video |
| anonymous_user@kazaA | Full movie with only Porn Scenes Full.wmv | Unknown | 7,721KB | Video |
| anonymous_user@kazaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | |
| anonymous_user@kazaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | |
| anonymous_user@kazaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | |
| anonymous_user@kazaA | s - bondage.avi | JANINE LINDEMULDER | 98,333KB | Video |
| anonymous_user@kazaA | Tmd movies - Batman begins full.mpg | OME_JOS | 470,208KB | Video |
| anonymous_user@kazaA | ROCCO SIFREDI PORNO SEX FILES.xxx anal.mpg | Porno | 127,461KB | Video |
| anonymous_user@kazaA | ANIMAL PORNO (cheval).mpg | Beastiality | 13,208KB | Video |
| anonymous_user@kazaA | XXX (comedy) - Porno Bloopers - .mpg | PORN | 24,003KB | Video |
| anonymous_user@kazaA | Scareface - Mind Playin Tricks.mp3 | Scarface | 3,493KB | Audio |
| anonymous_user@kazaA | Digital Underground - Dowhatchalike.mp3 | Digital Underground | 3,896KB | Audio |
| anonymous_user@kazaA | Porno - Paris Hilton 37 min Sex Tape.wmv | Paris Hilton | 41,038KB | Video |
| anonymous_user@kazaA | Michelle Wieth Porno Video.mpg | Private | 125,402KB | Video |
| anonymous_user@kazaA | porno zoo.avi | hard core | 835KB | Video |
| anonymous_user@kazaA | Big Willy's Insertions - Monster Dildo (1).avi | Animal Porno | 15,069KB | Video |
| anonymous_user@kazaA | Seka Orgy.mpg | Porno | 27,880KB | Video |
| anonymous_user@kazaA | Swedish Stolen Home Video.avi | Curse's porno movies | 71,642KB | Video |

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 12-GANGSTA_LEAN_WCR.MP3 | Clipse | 5,011KB | Audio |
| anonymous_user@KaZaA | Password List (5).doc | Nicholas Linnear | 41KB | Document |
| anonymous_user@KaZaA | Constantine (1of2).avi | www.iwannadownload.c... | 191,006KB | Video |
| anonymous_user@KaZaA | Robots.Ts-Oracle.(2of2).avi | www.iwannadownload.c... | 106,222KB | Video |
| anonymous_user@KaZaA | [TMD][Saw].(MOVIE).Cam.(2of2).avi. | www.iwannadownload.c... | 208,274KB | Video |
| anonymous_user@KaZaA | Constantine.(2of2).avi | www.iwannadownload.c... | 210,660KB | Video |
| anonymous_user@KaZaA | Robots.1of2.avi | www.iwannadownload.c... | 96,662KB | Video |
| anonymous_user@KaZaA | man of the house (2of2).avi | www.iwannadownload.c... | 203,294KB | Video |
| anonymous_user@KaZaA | Full movie with only Porn Scenes FULL.wmv | Unknown | 7,721KB | Video |
| anonymous_user@KaZaA | Audio~Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | |
| anonymous_user@KaZaA | Audio~Public.Enemy.Revoleriution-Album.kpl | Public Enemy | 3KB | |
| anonymous_user@KaZaA | Audio~The Honey Palace Album.kpl | The Honey Palace | 1KB | |
| anonymous_user@KaZaA | s - bondage.avi | JANINE LINDEMULDER | 98,333KB | Video |
| anonymous_user@KaZaA | Tmd movies - Batman begins full.mpg | OME_JO5 | 470,208KB | Video |
| anonymous_user@KaZaA | ROCCO SIFREDI PORNO SEX FILES.xxx.anal.mpg | Porno | 127,461KB | Video |
| anonymous_user@KaZaA | ANIMAL PORNO (cheval).mpg | Beastiality | 13,208KB | Video |
| anonymous_user@KaZaA | XxX(comedy) - Porno Bloopers -.mpg | PORN | 24,003KB | Video |
| anonymous_user@KaZaA | Scarface - Mind Playin' Tricks.mp3 | Scarface | 3,493KB | Audio |
| anonymous_user@KaZaA | Digital Underground - Dowbatchalike.mp3 | Digital Underground | 3,896KB | Audio |
| anonymous_user@KaZaA | Porno~Paris Hilton 37 min Sex Tape.wmv | Paris Hilton | 41,038KB | Video |
| anonymous_user@KaZaA | Michelle Wieth Porno Video.mpg | Private | 125,402KB | Video |
| anonymous_user@KaZaA | porno zoo.avi | hard core | 835KB | Video |
| anonymous_user@KaZaA | Big Willys Insertions - Monster Dildo (1).avi | Animal Porno | 15,069KB | Video |
| anonymous_user@KaZaA | Seka Orgy.mpg | Porno | 27,880KB | Video |
| anonymous_user@KaZaA | Swedish Stolen Home video.avi | Curse's porno movies | 71,642KB | Video |
| anonymous_user@KaZaA | Gay Rocco - Gang Bang.mpg | Porno | 10,718KB | Video |
| anonymous_user@KaZaA | J-lo butt naked.jpg | Porno | 227KB | Image |
| anonymous_user@KaZaA | Spanish Porn.mpeg | Porno | 70,728KB | Video |
| anonymous_user@KaZaA | Aurora Snow_Melanie Jagger 11.46.wmv | porno | 50,030KB | Video |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER BROS. ENTERTAINMENT INC., a
Delaware corporation,

               Plaintiff,

v.

JESSIE HARDEN,

               Defendant.

Civil Action No.:  1:06-cv-00287-ESH

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiff's Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion picture listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2.    Defendant shall pay Plaintiff's attorneys' fees and costs of suit herein in the amount of Four Thousand Seven Hundred Twenty-three Dollars and Twenty-one Cents ($4,723.21).

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion picture:

•    *Constantine*; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) ("Plaintiff's Motion

Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____          By:_____
                                            Hon. Gladys Kessler
                                            United States District Judge