UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WARNER BROS. ENTERTAINMENT, INC.,** A Delaware Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-287 (GK) |
| **JESSIE HARDEN,** | : : | |
| Defendant. | : | |

## ORDER

Plaintiff has filed an Application for Entry of Default Judgment. No Opposition has been filed. However, the Application is **denied without prejudice** for failure to comply with LCvR 7(c).

September 20, 2007

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**