UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JESSIE HARDEN,<br><br>Defendant. | Civil Action No.: 1:06-cv-00287-ESH |

**DECLARATION OF ELIZABETH HARDWICK IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**

I, ELIZABETH HARDWICK, declare:

1. I am Product Manager, Data Services for the MediaSentry business unit of SafeNet, Inc. ("MediaSentry"), where I have been employed for over three years. MediaSentry is a leading provider of online anti-piracy services for the motion picture, music, game and business software, and print publishing sectors.

2. I submit this declaration in support of Plaintiff's Application for Entry of Default Judgment. This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

3. MediaSentry was hired by Plaintiff to monitor and identify copyright infringement of specified motion pictures on peer–to–peer ("P2P") networks.

4. Plaintiff provided us with a list of copyrighted motion pictures it believed were being offered for distribution on P2P networks. Under the direct supervision of Loeb & Loeb LLP, we engaged in a specific process utilizing specially designed software and other technology to identify direct infringers of these motion pictures on P2P networks.

5. Once we identified files which lexically matched those on Plaintiff's list, and which were being offered by Defendant for download by others, we obtained Defendant's Internet Protocol ("IP") address. The address being used by Defendant on July 13, 2005 at 16:10 EDT was 138.88.220.59. We then downloaded one of those files, *Constantine*.

6. A shared directory, which is a functionality built into the software of many P2P networks, including the one used by Defendant, is a complete listing of all files—motion picture, music, or otherwise—which the user is offering to others for download. In this case, Defendant's shared directory, screenshots of which are attached as Exhibit "1" hereto, indicates that, at the time of infringement, Defendant was offering many more motion picture titles than we were able to download, including but not limited to *Team America: World Police, Saw, Hitch, Robots, Man of the House, Boogeyman, Batman Begins* and *Are We There Yet?*.

7. Although Defendant was offering more than one file lexically matching those on Plaintiffs' list, we did not download each of them. This is because motion picture files are typically quite large in size. Although it takes several hours (typically, at least two) to download a motion picture in full, a music file for a single song, for example, will typically be downloaded in a small fraction of that time. As a consequence of this size, transmission of motion picture files is time-consuming, even with broadband technology and high-speed Internet connections. During this transmission period, a user may go off-line (i.e., turn off his or her computer or log out of the P2P application), or the connection permitting transmission of the infringing files from the user's computer to MediaSentry's computer may be otherwise disrupted.

8. In addition to the downloaded file, we downloaded or otherwise collected publicly available information about Defendant so that he could be later identified by his Internet

Service Provider ("ISP"). Based on this data, we created evidence logs related to Defendant and stored these logs in a central database. These logs identified Defendant's IP address.

9. An IP address is a unique numerical identifier that is automatically assigned to a user by his or her ISP each time he or she logs on to the network. Because ISPs are assigned certain blocks or ranges of IP addresses, we were able to identify Verizon Internet Services, Inc. as Defendant's ISP.

10. ISPs keep track of the IP addresses assigned to their subscribers in "user logs." These user logs provide the most accurate means to connect an infringer's identity to its infringing activity. Accordingly, once provided with the IP address, plus the date and time of the infringing activity, an ISP quickly and easily can use its subscriber logs to identify the name and address of the ISP subscriber who was assigned that IP address at that date and time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of August 2007, at Belcamp, MD.

/s/
Elizabeth Hardwick

# Exhibit 1

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | SCAREFACE FREESTYLE.mp3 | Mike Jones | 5,298KB | Audio | |
| anonymous_user@KaZaA | kazaa300_en (1).exe | Sharman Networks Ltd | 10,785KB | Software | |
| anonymous_user@KaZaA | scarface - Mr scareface is back.mp3 | Scarface | 5,543KB | Audio | Mi |
| anonymous_user@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | | Audic |
| anonymous_user@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | | Audi |
| anonymous_user@KaZaA | eula.pdf | McAfee Security | 71KB | Document | End User License Agreemer |
| anonymous_user@KaZaA | are we there yet _ avi full.partial.avi | Unknown | 712,199KB | Video | are we there y |
| anonymous_user@KaZaA | mocha-01[2].mpeg | PORN | 5,454KB | Video | |
| anonymous_user@KaZaA | A Change Is Gonna Come .mp3 | Al Green | 5,071KB | Audio | A Char |
| anonymous_user@KaZaA | Adult Movies - Wifey - Sex.mpg.wmv | hard core | 4,573KB | Video | |
| anonymous_user@KaZaA | Mint Condition - Pretty Brown Eyes.mp3 | Mint Condition | 5,576KB | Audio | |
| anonymous_user@KaZaA | Hyde and Gackt - Take Movies in Taiwan.mpg | Unknown | 11,372KB | Video | Hyde and Gackt - Tak |
| anonymous_user@KaZaA | Tera Patrick-Blowjobfacial.mpg | Porn | 4,633KB | Video | Tera Patrick: Wc |
| anonymous_user@KaZaA | redhead forced to fuck and suck_1.mpg | Porn | 15,355KB | Video | |
| anonymous_user@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Animal Porn - Dog Fucking a Peeing Woman.wmv | Unknown | 1,364KB | Video | Animal Porn - Dog Fuckir |
| anonymous_user@KaZaA | Funny pictures, movies, screensavers.jpg | Unknown | 23KB | Image | Funny pictures, mo |
| anonymous_user@KaZaA | kmd211_en.exe | Sharman Networks Ltd | 4,036KB | Software | Kazaa M |
| anonymous_user@KaZaA | Teen 2.mpg.wmv | Adult | 2,451KB | Video | Bla |
| anonymous_user@KaZaA | ANAL LATINO CUM DRINKER (1).mpg.wmv | Porn | 2,451KB | Video | Black men fucki |
| anonymous_user@KaZaA | bibleblack 2 4b (1).wmv | Anime porn | 18,354KB | Video | |
| anonymous_user@KaZaA | Mint Condition-Breakin My Heart.mp3 | Mint Condition | 4,508KB | Audio | |
| anonymous_user@KaZaA | mint condition - old school slow jams.mp3 | Mint Condition | 5,576KB | Audio | mint condition - o |
| anonymous_user@KaZaA | Get Lifted I Can Change (1).mp3 | John Legend | 2,735KB | Audio | Get L |
| anonymous_user@KaZaA | Hi Five - I Cant wait another minute.mp3 | Hi Five | 3,895KB | Audio | I Cant w |
| anonymous_user@KaZaA | Gang Star - Moment of Truth.mp3 | Gangstarr | 4,868KB | Audio | |
| anonymous_user@KaZaA | Bob Mould - Wishing Well.mp3 | Terence Trent Darby | 5,107KB | Audio | |
| anonymous_user@KaZaA | Mary J. Blige - Everything.mp3 | Mary J Blidge | 4,680KB | Audio | |
| anonymous_user@KaZaA | Mary J. Blidge - It's a Wrap.wma | Mary J. Blige | 2,206KB | Audio | |

Found 175 files | 2,653,207 Users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Mary J. Blidge - It's a Wrap.wma | Mary J. Blige | 2,206KB | Audio | |
| anonymous_user@KaZaA | Al Green - L-O-V-E.mp3 | Al Green | 2,964KB | Audio | |
| anonymous_user@KaZaA | Humpty Dance - Digital Underground.mp3 | Public Enemy | 4,371KB | Audio | |
| anonymous_user@KaZaA | Petey Pablo - Raise Up(All Cities Remix Dirty).mp3 | Petey Pablo | 4,330KB | Audio | Raise Up(All |
| anonymous_user@KaZaA | Today - Him Or Me.mp3 | Today | 4,074KB | Audio | |
| anonymous_user@KaZaA | Audio - Folk.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Audio - Funk.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | | |
| anonymous_user@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Audio - RB.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | SkypeSetup.exe | Skype Software S.A. | 6,550KB | Software | |
| anonymous_user@KaZaA | Jay Z - Excuse Me Miss 1.mp3 | Jay-Z | 5,354KB | Audio | |
| anonymous_user@KaZaA | Jay - Z feat.wma | Jay Z ft. pharrel | 2,224KB | Audio | |
| anonymous_user@KaZaA | Wyclef Jean - 911.mp3 | Wyclef Jean_Mary J. Bl... | 3,906KB | Audio | |
| anonymous_user@KaZaA | PC DJ Mixing Software.exe | Unknown | 14,424KB | Software | PC I |
| anonymous_user@KaZaA | Ann Nesby_Al Green - Put It On Paper.mp3 | Ann Nesby feat. Al Green | 5,585KB | Audio | |
| anonymous_user@KaZaA | Gerald Levert - Just Coolin'.mp3 | Various Artists | 4,133KB | Audio | J |
| anonymous_user@KaZaA | Will Smith - Parents Just Dont Understand.mp3 | Fresh Prince | 2,190KB | Audio | Parents Jus |
| anonymous_user@KaZaA | Porno - XXX - Pure Sex Movies - Leanna Heart13.mpeg | Porn | 3,671KB | Video | |
| anonymous_user@KaZaA | Xxx-Hot Black.mpg | blackgirlsonline.com | 7,678KB | Video | |
| anonymous_user@KaZaA | heather_300.wmv | Beastiality | 94,756KB | Video | |
| anonymous_user@KaZaA | sierra.mpg | Porn | 62,988KB | Video | |
| anonymous_user@KaZaA | Jayz-99 problems.WMA | Jay-Z | 3,745KB | Audio | |
| anonymous_user@KaZaA | Porno Sexo Brazil 7.mpg | movies | 20,862KB | Video | |
| anonymous_user@KaZaA | mature swinger (3).mpg | Porn | 28,490KB | Video | mariann |
| anonymous_user@KaZaA | small dvd rip black cheerleader 33.mpg | India | 20,227KB | Video | |
| anonymous_user@KaZaA | 22.asf | Porn | 16,872KB | Video | |

Found 175 files | 2,653,207 users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 22.asf | Porn | 16,872KB | Video | |
| anonymous_user@KaZaA | Adult movies - Norwegian Amateurs 3.mpg | lesbians | 74,792KB | Video | |
| anonymous_user@KaZaA | Video - Animal Porn - Horse Fuck Wife Full Movie (2).mpg | Porno | 1,260KB | Video | |
| anonymous_user@KaZaA | hector 73.mpg | 16 | 2,864KB | Video | C |
| anonymous_user@KaZaA | Gross - XXX - Dog Cum.mpeg | Animal Porn | 12,668KB | Video | |
| anonymous_user@KaZaA | dog fuck woman hard and cums in her cunt (1) (1) (1).mpeg | Animal Porn | 3,458KB | Video | Animal Dog - Bonded Fe |
| anonymous_user@KaZaA | Girl Fuckin A Horse (Nasty Shit).mpg | ANIMAL PORN | 5,183KB | Video | zoo-bes |
| anonymous_user@KaZaA | hot girl cow body paint.jpg | Animal porn | 57KB | Image | kir |
| anonymous_user@KaZaA | Animal sex dog anal.mpg | beastiality | 16,061KB | Video | |
| anonymous_user@KaZaA | Zoo-oslo?.mpeg | Animal Porn | 1,908KB | Video | |
| anonymous_user@KaZaA | girls porn - scarlett big ebony butt.avi | trina | 1,778KB | Video | XXX The Biggest Booty |
| anonymous_user@KaZaA | tatiana 300 (1).wmv | Beastiality | 36,681KB | Video | |
| anonymous_user@KaZaA | animal orgy w horses.mpg | PORN | 11,078KB | Video | |
| anonymous_user@KaZaA | Beastiality Dog fuck blond n cum many times.mpg | Porn | 29,302KB | Video | |
| anonymous_user@KaZaA | Horse huge load cum.mpg | PORN | 13,570KB | Video | |
| anonymous_user@KaZaA | Big Tits Black Bra Sex (1:51 Min).mpg | PORN!!! | 16,998KB | Video | fucking a grade 11 st |
| anonymous_user@KaZaA | Dog sex Beastiality (animal sex) Amy gets dogged by dog 5... | Animal Porn | 28,366KB | Video | Amy gets dog |
| anonymous_user@KaZaA | Petra sucks horse (cumshot).wmv | Animal Porn | 56,396KB | Video | horse |
| anonymous_user@KaZaA | Kinky sex scene.mpg | Porn | 60,820KB | Video | F |
| anonymous_user@KaZaA | PORNO - Good DVD Quality Porn.mpg | erotica | 38,128KB | Video | Super High |
| anonymous_user@KaZaA | Japan AV - Rough Sex.mpg | VandaL TeaM | 50,777KB | Video | Rape - Honc |
| anonymous_user@KaZaA | Squirt - Black hairy pussy (1).mpg | PORN | 718KB | Video | Blac |
| anonymous_user@KaZaA | Sex - chinese style.mpg | Movies | 16,534KB | Video | Exploited |
| anonymous_user@KaZaA | UFO at the twin towers.mpeg | NASA | 1,587KB | Video | UFO nex |
| anonymous_user@KaZaA | [TMD]Resident.Evil.Apocalypse.(POT).CAM.(1of2).avi | [TMD MOVIES] | 213,810KB | Video | [TMD]Resident.Evil.Apocalypse |
| anonymous_user@KaZaA | Pink Panther - The pink package plot.mpg | pink panther | 59,824KB | Video | Pink Panther - Th |
| anonymous_user@KaZaA | Project X DIVX FILM.avi | Erotica | 47,942KB | Video | |
| anonymous_user@KaZaA | [TMD]Resident.Evil.Apocalypse.(POT).CAM.(2of2).avi | [TMD MOVIES] | 214,294KB | Video | [TMD]Resident.Evil.Apocalypse |
| anonymous_user@KaZaA | Pamela Anderson wierd russian anal sex dinner.mpg.wmv | fuchit | 5,069KB | Video | girl in |

Found 175 files | 2,653,207 users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Pamela Anderson wierd russian anal sex dinner.mpg.wmv | fuchit | 5,069KB | Video | girl in |
| anonymous_user@KaZaA | Wifey Black Coat Swallow.mpg | Porn | 2,813KB | Video | Wi |
| anonymous_user@KaZaA | porn woman with black dog.mpg | www.kristy.com | 2,917KB | Video | lack Lab Fucks Woman Doggy Styl |
| anonymous_user@KaZaA | (PORN) snoop dogg - doggystyle.MPG | Trina | 16,487KB | Video | |
| anonymous_user@KaZaA | big_butt_black_girls (1) (1).MPG | Miss Thickness | 16,487KB | Video | Thi |
| anonymous_user@KaZaA | Bible_black_1of4_UNCENSORED_plz_share.wmv | hell | 18,594KB | Video | Bible Bl |
| anonymous_user@KaZaA | Obsession.mpg | Keygreazy!!. | 6,846KB | Video | |
| anonymous_user@KaZaA | Black Asian teen Nymphet Beauty - Coco.WMV | PORN | 20,609KB | Video | |
| anonymous_user@KaZaA | BBW .asf | Black | 26,286KB | Video | |
| anonymous_user@KaZaA | Mature-Fucking the fat black arse.wmv | Porno | 13,111KB | Video | |
| anonymous_user@KaZaA | Hitch (2of2).avi | www.iwannadownload.c... | 173,098KB | Video | |
| anonymous_user@KaZaA | Unknown Teen two big dicks_3.mpg | Porn | 10,233KB | Video | Dirt |
| anonymous_user@KaZaA | Jeff Healy Band - Hoochie Coochie Man.mp3 | Jeff Healey Band | 4,918KB | Audio | Hc |
| anonymous_user@KaZaA | Porn- Huge Black Cock_Asian Girl.mpg | Obsession | 35,331KB | Video | obsession fu |
| anonymous_user@KaZaA | XXX Bible Black 3.WMV | Anime | 3,991KB | Video | |
| anonymous_user@KaZaA | Teenage black hoe gets fucked all over.mpg | Booty Talk | 37,130KB | Video | |
| anonymous_user@KaZaA | Five.avi | Tracy Lords | 68,306KB | Video | Org |
| anonymous_user@KaZaA | xxx.files.mpg | Private Video | 131,288KB | Video | |
| anonymous_user@KaZaA | Brianna Banks Shayla and Lexington Steele Great Scene 1... | Blacks On Blondes | 49,817KB | Video | Blondes Fucke |
| anonymous_user@KaZaA | John Legend - Ordinary People.mp3 | John Legend | 6,607KB | Audio | ordin |
| anonymous_user@KaZaA | Porn - movies_erotica_nymph-dvd-divx.avi | Chasey Lain | 130,584KB | Video | |
| anonymous_user@KaZaA | Gangbanged by Big Black Cocks (1).mpg | Behind Closed Doors | 2,748KB | Video | 4 Guys for |
| anonymous_user@KaZaA | Porn - Ghetto girl big black dick anal.mpg | Porn | 54,098KB | Video | f |
| anonymous_user@KaZaA | Porr.mpg | Porn | 499,524KB | Video | |
| anonymous_user@KaZaA | black_bad_girls_13_scene_1_crec.avi | Porn | 190,660KB | Video | black_bad_girls |
| anonymous_user@KaZaA | private.avi | movies | 79,264KB | Video | naughty_nurse |
| anonymous_user@KaZaA | Gillian Anderson2.jpg | Sexy Celebrities | 27KB | Image | |
| anonymous_user@KaZaA | Gang star-skrillz.mp3 | Gangstarr | 4,536KB | Audio | |
| anonymous_user@KaZaA | Petey Pablo - Freek A Leek (1).mp3 | pete pablo | 3,622KB | Audio | |

Found 175 files | 2,653,207 Users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Petey Pablo - Freek A Leek (1).mp3 | pete pablo | 3,622KB | Audio | |
| anonymous_user@KaZaA | 01 (9).jpg | Gillian Anderson | 48KB | Image | gillian anderson (x |
| anonymous_user@KaZaA | BG-The Second Line.mp3 | B.G. aka B.Gizzle | 4,209KB | Audio | |
| anonymous_user@KaZaA | Rocco - Interracial East Indian.avi | Amateur | 17,344KB | Video | Threesome \ |
| anonymous_user@KaZaA | nacho vidal .wmv | Porno | 18,095KB | Video | ( |
| anonymous_user@KaZaA | 05-geto_boys-when_it_gets_gangsta-c4.1.mp3 | Geto Boys | 5,972KB | Audio | Wh |
| anonymous_user@KaZaA | 06-geto_boys-i_tried-c4.1.mp3 | Geto Boys | 6,228KB | Audio | |
| anonymous_user@KaZaA | dsd.MPEG | animal porn | 95,480KB | Video | |
| anonymous_user@KaZaA | Out Of Time (2003) DVD Screener XViD.avi | Metro Goldwyn Majer | 714,190KB | Video | |
| anonymous_user@KaZaA | Lissa.mpg | animal | 46,618KB | Video | |
| anonymous_user@KaZaA | LYFE Must be Nice Lyfe 1.mp3 | LYFE | 1,942KB | Audio | |
| anonymous_user@KaZaA | LYFE - Must be Nice.mp3 | LYFE | 4,081KB | Audio | |
| anonymous_user@KaZaA | Lyfe 268-192 - Lyfe Jennings - 10 - Stick Up Kid.mp3 | Lyfe Jennings | 4,709KB | Audio | |
| anonymous_user@KaZaA | Jet Li - Twin Warriors (Dvd Divx).avi | NEW!!! | 644,420KB | Video | Tai C |
| anonymous_user@KaZaA | 6 I Can't.mp3 | Lyfe Jennings | 3,280KB | Audio | |
| anonymous_user@KaZaA | Bible Black 12.wmv | Bible Black | 18,786KB | Video | |
| 2 Users | digital underground - humpty dance (1).mp3 | Digital Underground | 6,171KB | Audio | |
| anonymous_user@KaZaA | Barley Legal Teens 5 [XXX] [DVD-DivX].avi | [TMD MOVIES] | 417,303KB | Video | |
| anonymous_user@KaZaA | STEPHEN KING'S - THE BOOGEYMAN.avi | Stephen King | 683,438KB | Video | |
| anonymous_user@KaZaA | Ciara ft. Petey Pablo - Goodies.mp3 | Ciara | 6,138KB | Audio | Ciara ft. Pet |
| anonymous_user@KaZaA | Ciara ft. T.I., Petey Pablo-My Goodies(remix) 1.mp3 | Ciara ft T.I. Petey Pablo | 4,673KB | Audio | |
| anonymous_user@KaZaA | DVD Team America World Police [2004] (divx) (WWW.URI-... | www.URI-MOVIES.TK | 724,194KB | Video | Team A |
| anonymous_user@KaZaA | freaky black girls luv monster cocks.mpg | freaks of nature | 7,174KB | Video | xx |
| anonymous_user@KaZaA | Predator (1).avi | Movies | 686,233KB | Video | Pred |
| anonymous_user@KaZaA | redheaded german threesome whant movies icq me at 131... | Porn | 86,896KB | Video | Young, Shaved |
| anonymous_user@KaZaA | (Hardcore) - Animal Farm - Horse Fuck - Top Penetration 0'... | Porno | 72,876KB | Video | Little Sinderella (harc |
| anonymous_user@KaZaA | What Kind of a Man.mp3 | Mint Condition | 4,123KB | Audio | \ |
| anonymous_user@KaZaA | vivid hardcore dvd divx.mpeg | Porno | 104,103KB | Video | ancient c |
| anonymous_user@KaZaA | MOVIES - [TMD] Hitch (1of2).avi | www.iwannadownload.c... | 174,452KB | Video | |

Found 175 files | 2,653,207 users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | MOVIES - [TMD] Hitch (1of2).avi | www.iwannadownload.c... | 174,452KB | Video | |
| anonymous_user@KaZaA | yjyz1 - vcd_porn_2_2 - Good Quality.mpg | Porno | 92,798KB | Video | |
| anonymous_user@KaZaA | Beastiality Animal - Snake sex 28m.mpg | Porno | 179,406KB | Video | Sch |
| anonymous_user@KaZaA | [TMD]Saw.(MOVIE).Cam.(1of2).avi | www.iwannadownload.c... | 198,970KB | Video | |
| anonymous_user@KaZaA | 12_GANGSTA_LEAN_WCR.MP3 | Clipse | 5,011KB | Audio | |
| anonymous_user@KaZaA | Password List (5).doc | Nicholas Linnear | 41KB | Document | F |
| anonymous_user@KaZaA | Constantine (1of2).avi | www.iwannadownload.c... | 191,006KB | Video | [TMD]Constantine.( |
| anonymous_user@KaZaA | Robots.Ts-Oracle.2of2.avi | www.iwannadownload.c... | 106,222KB | Video | |
| anonymous_user@KaZaA | [TMD]Saw.(MOVIE).Cam.(2of2).avi | www.iwannadownload.c... | 208,274KB | Video | |
| anonymous_user@KaZaA | Constantine (2of2).avi | www.iwannadownload.c... | 210,660KB | Video | [TMD] C |
| anonymous_user@KaZaA | Robots.1of2.avi | www.iwannadownload.c... | 96,662KB | Video | [ |
| anonymous_user@KaZaA | man of the house (2of2).avi | www.iwannadownload.c... | 203,294KB | Video | Man o |
| anonymous_user@KaZaA | Full movie with only Porn Scenes Full.wmv | Unknown | 7,721KB | Video | Full movie wit |
| anonymous_user@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fin |
| anonymous_user@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | | Audio - Public Enemy Re |
| anonymous_user@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | | Audio - The H |
| anonymous_user@KaZaA | s - bondage.avi | JANINE LINDEMULDER | 98,333KB | Video | |
| anonymous_user@KaZaA | Tmd movies - Batman begins full.mpg | OME_JOS | 470,208KB | Video | |
| anonymous_user@KaZaA | ROCCO SIFREDI PORNO SEX FILES xxx anal.mpg | Porno | 127,461KB | Video | |
| anonymous_user@KaZaA | ANIMAL PORNO (cheval).mpg | Beastiality | 13,208KB | Video | |
| anonymous_user@KaZaA | XXX(comedy) - Porno Bloopers - .mpg | PORN | 24,003KB | Video | Christina Aguile |
| anonymous_user@KaZaA | Scareface - Mind Playin' Tricks.mp3 | Scareface | 3,493KB | Audio | |
| anonymous_user@KaZaA | Digital Underground - Dowhatchalike.mp3 | Digital Underground | 3,896KB | Audio | |
| anonymous_user@KaZaA | Porno - Paris Hilton 37 min Sex Tape.wmv | Paris Hilton | 41,038KB | Video | Pa |
| anonymous_user@KaZaA | Michelle Vieth Porno Video.mpg | Private | 125,402KB | Video | |
| anonymous_user@KaZaA | porno zoo.avi | hard core | 835KB | Video | Zc |
| anonymous_user@KaZaA | Big Willys Insertions - Monster Dildo (1).avi | Animal Porno | 15,069KB | Video | |
| anonymous_user@KaZaA | Seka Orgy.mpg | Porno | 27,880KB | Video | ( |
| anonymous_user@KaZaA | Swedish Stolen Home Video.avi | Curse's porno movies | 71,642KB | Video | Swedish Stol |

Found 175 files | 2,653,207 Users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 12_GANGSTA_LEAN_WCR.MP3 | Clipse | 5,011KB | Audio | |
| anonymous_user@KaZaA | Password List (5).doc | Nicholas Linnear | 41KB | Document | F |
| anonymous_user@KaZaA | Constantine (1of2).avi | www.iwannadownload.c... | 191,006KB | Video | [TMD]Constantine.( |
| anonymous_user@KaZaA | Robots.Ts-Oracle.2of2.avi | www.iwannadownload.c... | 106,222KB | Video | |
| anonymous_user@KaZaA | [TMD]Saw.(MOVIE).Cam.(2of2).avi | www.iwannadownload.c... | 208,274KB | Video | |
| anonymous_user@KaZaA | Constantine (2of2).avi | www.iwannadownload.c... | 210,660KB | Video | [TMD] C |
| anonymous_user@KaZaA | Robots.1of2.avi | www.iwannadownload.c... | 96,662KB | Video | [ |
| anonymous_user@KaZaA | man of the house (2of2).avi | www.iwannadownload.c... | 203,294KB | Video | Man o |
| anonymous_user@KaZaA | Full movie with only Porn Scenes Full.wmv | Unknown | 7,721KB | Video | Full movie wit |
| anonymous_user@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fir |
| anonymous_user@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | | Audio - Public Enemy Re |
| anonymous_user@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | | Audio - The H |
| anonymous_user@KaZaA | s - bondage.avi | JANINE LINDEMULDER | 98,333KB | Video | |
| anonymous_user@KaZaA | Tmd movies - Batman begins full.mpg | OME_JOS | 470,208KB | Video | |
| anonymous_user@KaZaA | ROCCO SIFREDI PORNO SEX FILES xxx anal.mpg | Porno | 127,461KB | Video | |
| anonymous_user@KaZaA | ANIMAL PORNO (cheval).mpg | Beastiality | 13,208KB | Video | |
| anonymous_user@KaZaA | Xxx(comedy) - Porno Bloopers - .mpg | PORN | 24,003KB | Video | Christina Aguile |
| anonymous_user@KaZaA | Scareface - Mind Playin' Tricks.mp3 | Scareface | 3,493KB | Audio | |
| anonymous_user@KaZaA | Digital Underground - Dowhatchalike.mp3 | Digital Underground | 3,896KB | Audio | |
| anonymous_user@KaZaA | Porno - Paris Hilton 37 min Sex Tape.wmv | Paris Hilton | 41,038KB | Video | Pa |
| anonymous_user@KaZaA | Michelle Vieth Porno Video.mpg | Private | 125,402KB | Video | |
| anonymous_user@KaZaA | porno zoo.avi | hard core | 835KB | Video | Zc |
| anonymous_user@KaZaA | Big Willys Insertions - Monster Dildo (1).avi | Animal Porno | 15,069KB | Video | |
| anonymous_user@KaZaA | Seka Orgy.mpg | Porno | 27,880KB | Video | ( |
| anonymous_user@KaZaA | Swedish Stolen Home Video.avi | Curse's porno movies | 71,642KB | Video | Swedish Stole |
| anonymous_user@KaZaA | Gay Rocco - Gang Bang.mpg | Porno | 10,718KB | Video | |
| anonymous_user@KaZaA | j-lo butt naked!.jpg | Porno | 227KB | Image | Je |
| anonymous_user@KaZaA | Spanish Porn.mpeg | Porno | 70,728KB | Video | |
| anonymous_user@KaZaA | Aurora Snow_Melanie Jagger 11.46.wmv | porno | 50,030KB | Video | |

Found 175 files | 2,653,207 users online, sharing 508,400,969 files (42,041,344 GB) | Not sharing any files