UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARNER BROS. ENTERTAINMENT, INC.** a Delaware Corporation, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 06-287 (GK) |
| **JESSIE HARDEN,** | : : : |
| Defendant. | : |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiff's Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED**, that

1. Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion picture listed on Exhibit A to the Complaint, in total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiff's attorneys' fees and costs of suit herein in the amount of Four Thousand Seven Hundred Twenty-three Dollars and Twenty-one Cents ($4,723.21).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion picture:

-- *Constantine*; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) ("Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e.,

download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

October 17, 2007

/s/
Gladys Kessler
United States District Judge